# Order

Michigan Supreme Court
Lansing, Michigan

October 17, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133240-3(64)

YPSILANTI FIRE MARSHAL and CITY
OF YPSILANTI,
        Plaintiffs-Appellees,
v

DAVID KIRCHER,
        Defendant-Appellant.
_____/

SC: 133240
COA: 260970
Washtenaw CC: 02-000434-CH

ROBERT C. BARNES,
        Plaintiff-Appellee,
v

DAVID KIRCHER,
        Defendant-Appellant,

and

PATRICIA BROWN,
        Defendant.
_____/

SC: 133241
COA: 260971
Washtenaw CC: 03-001380-CH

YPSILANTI FIRE MARSHAL and CITY
OF YPSILANTI,
        Plaintiffs-Appellees,

and

BARNES & BARNES,
        Plaintiff,
v

DAVID KIRCHER,
        Defendant-Appellant.
_____/

SC: 133242
COA: 260972
Washtenaw CC: 01-000560-CH

ROBERT C. BARNES,
       Plaintiff-Appellee,

v

DAVID KIRCHER,
       Defendant-Appellant,

and

CITIZENS BANK,
       Defendant.
_____/

SC: 133243
COA: 260973
Washtenaw CC: 03-001264-CH

      On order of the Court, the motion for reconsideration of this Court's May 30, 2007 order is considered, and it is GRANTED. We VACATE our order dated May 30, 2007. On remand, the Washtenaw Circuit Court may utilize evidence and testimony already in the record and it need not duplicate such evidence and testimony. In all other respects, the application for leave to appeal the January 9, 2007 judgment of the Court of Appeals is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion requesting judicial notice is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 17, 2007

_____
Clerk

d1010